DATE OF ARREST: September 5, 2017

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>V.<br>Joel ARENAS-Inzunza<br>A078 686 657<br>DOB: 1977<br>Citizen of Mexico<br>Defendant | Magistrate Case No. 17-1687MJ<br>COMPLAINT FOR VIOLATION OF<br><br>COUNT I<br>Title 8, United States Code, Section 1326 (a) enhanced by (b) (1) Attempted Re-entry After Removal (Felony) |

The undersigned complainant being duly sworn states:

### COUNT I

That on or about September 5, 2017, defendant Joel ARENAS-Inzunza, an alien, entered or attempted to enter the United States, at or near San Luis, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States to Mexico through the port of San Ysidro, California on or about July 5, 2017. The Secretary of Homeland Security of the United States not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8 United States Code, Section 1326(a) enhanced by (b)(1), a Felony.

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by AUSA Louie Uhl

Signature of Complainant

Leslie Orduño
Enforcement Officer

Sworn to before me and subscribed in my presence,

_____September 6, 2017_____ at _____Yuma, Arizona_____
Date                                                                                City and State

_David K. Duncan, U.S. Magistrate Judge_
Name & Title of Judicial Officer                                 Signature of Judicial Officer

-1-

UNITED STATES OF AMERICA

V.

Joel ARENAS-Inzunza
A078 686 657
DOB: 1977
Citizen of Mexico

## CRIMINAL RECORD:

01/26/16 – USDC of California, (Ct.1) 8 USC §1325 (M) and (Ct.2) 8 USC §1325 (F), Convicted, 27 months jail, sentence as follows: 24 months as to Ct.2, and 6 months as to Ct.1 (3 months consecutive and 3 months concurrent to Ct.2) 12 months SR. (SR expires 7/5/18)

1/7/14 – Norwalk Courthouse, Threaten Crime with Intent to Terrorize (F), Convicted, 2 years jail

3/3/10 – Metropolitan Court, (Ct.1) Battery: Spouse (M), (Ct. 2) Vandalism (M), 365 days jail

4/2/96 – East Los Angeles Court, ADW Not Firearm, Convicted, 120 days jail and 3 years probation

## IMMIGRATION RECORD:

07/5/17 – Removed through San Ysidro, CA
11/12/14 – Removed through Calexico, CA
09/01/10 – Removed through San Ysidro, CA
03/26/01 – Removed through San Luix, AZ

## SYNOPSIS:

The complainant states that this complaint is based upon the statements of the apprehending officers that ARENAS attempted to enter the United States by eluding inspection or examination on or about September 5, 2017, at or near the San Luis, Arizona Port of Entry. Questioning revealed that ARENAS is a citizen of Mexico, and was not in possession of valid documents allowing him to enter or remain in the United States.

On or about September 5, 2017, Joel ARENAS attempted to enter the United States by eluding inspection through the vehicle lanes at the San Luis, Arizona Port of Entry. The primary officer noticed that ARENAS was walking pass the officers attempting to elude examination by hiding behind a truck and continuing walking into the United States.

UNITED STATES OF AMERICA

V.

Joel ARENAS-Inzunza
A078 686 657
DOB:
Citizen of Mexico

The primary officer asked ARENAS if he was attempting to enter without inspection and ARENAS said yes. ARENAS was escorted to secondary and was advised of his rights per form I-214, which he signed acknowledging he understood them and opted to waive his right to remain silent. In a sworn statement, ARENAS stated he is a citizen of Mexico with no legal documents that allow him to enter, work or reside in the United States. ARENAS admitted he attempted to enter without inspection to travel to Huntington Park, California to reunite with his partner.

Record checks (NCIC, DACS, CIS and IDENT/ENFORCE and AIFIS) confirmed that ARENAS has been previously removed and has significant criminal history. Fingerprints submitted to the FBI confirmed his identity and criminal history. ARENAS is a citizen of Mexico with no current or pending immigration benefits that allow him to enter, work, or reside in the United States.

Signature of Complainant

Leslie Orduño
Enforcement Officer

Sworn to before me and subscribed in my presence,

__September 6, 2017__   at   __Yuma, Arizona__
Date                             City and State

__David K. Duncan, U.S. Magistrate Judge__
Name & Title of Judicial Officer              Signature of Judicial Officer

-3-